JS-6

655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

Lewis Roca
ROTHGERBER CHRISTIE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZY BRANDS INTERNATIONAL PTY LTD, an Australian corporation, | Case No. CV 17-7108-GW(GJSx) |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| VOLUME DISTRIBUTORS, INC., a California corporation, | **Fed. R. Civ. P. 41(a)(1)(A)(ii)** |
| Defendant. | **Hon. George H. Wu** |

The Court having considered the Parties' Stipulation for Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and for good cause shown,

IT IS ORDERED that this action is dismissed with prejudice as to all claims, with each party bearing its own attorney's fees and costs.

DATED: May 2, 2018

_____
GEORGE H. WU, U.S. District Judge

SRD 104836781.1

-1-